**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ARMANDO MARMOLEJO-CAMPOS, aka
Campos Ramos Armando,
<em>Petitioner,</em>

v.

MICHAEL B. MUKASEY, Attorney
General,
<em>Respondent.</em>

No. 04-76644

Agency No.
A71-616-204

ORDER

Filed March 14, 2008

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.